IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GLEN BYRD | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ROBERT COLLINS, ET AL. | : | NO. 10-2702 |

## O R D E R

**AND NOW**, this 24th day of October, 2011, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, and all attendant and responsive briefing, and after review of the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter, and consideration of Petitioner's "Written Objections to the Report and Recommendation" (Docket No. 14), **IT IS HEREBY ORDERED** as follows:

1. Petitioner's Objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED** as set forth in the accompanying Memorandum;

3. The Petition for Writ of Habeas Corpus is **DENIED**;

4. There is no basis for the issuance of a certificate of appealability;

5. The Clerk shall **CLOSE** this case statistically.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.